**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:17-cv-1283-WFJ-CPT | DATE: March 16, 2022 |
|---|---|
| HONORABLE WILLIAM F. JUNG | |
| **DENNIS MCLAIN,**<br>         Plaintiff<br><br>v.<br><br>**DAVID J. SHULKIN,**<br>         Defendant | **PLAINTIFF COUNSEL**<br>Joseph D. Magri<br>Megan Culpepper<br><br>**DEFENDANT COUNSEL**<br>David P. Sullivan<br>Michael Kenneth |
| **COURT REPORTER:** Tana Hess | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 8:29 AM - 8:39 AM, 9:00 AM – 10:27 AM, 10:35 AM – 12:38, 1:18 PM – 1:44 PM, 2:51 PM – 2:55 PM **TOTAL:** 4 Hours 10 Minutes | **COURTROOM:** 15B |

**PROCEEDINGS:** JURY TRIAL – DAY 9

8:29 AM   Court called to order.
          The Court reviews Jury Instructions.
          The Court conducts a charge conference.

8:39 AM   Court in recess.

9:00 AM   Court back in session.

9:02 AM   Jurors enter the courtroom.

          **Defense Witness #16:** Laureen Doloresco (Previously Sworn).
          Redirect examination by Michael Kenneth, AUSA.
          Witness excused.

9:21 AM   **DEFENSE REST.**

9:26 AM   **Plaintiff Rebuttal Witness #1:** Dennis McLain (Previously Sworn).
          Direct examination by Joseph Magri.
          Cross examination by Michael Kenneth, AUSA.

|  |  |
|---|---|
|  | Witness excused. |
| 9:39 AM | **Plaintiff Rebuttal Witness #2:** Laura Goregus. (Sworn)<br>Direct examination by Joseph Magri.<br>Witness excused. |
| 9:50 AM | **Plaintiff Rebuttal Witness #3:** William Messina.<br>Deposition from April 18, 2019, read into the record. |
| 9:56 AM | **Plaintiff Rebuttal Witness #4:** Laureen Doloresco (Previously Sworn).<br>Direct examination by Joseph Magri.<br>Cross examination by Michael Kenneth, AUSA.<br>Witness excused. |
| 10:00 AM | Jurors exit the courtroom.<br>The Court reviews Jury Instructions. |
| 10:27 AM | Court in recess. |
| 10:35 AM | Court back in session. Jurors enter the courtroom. |
| 10:39 AM | Closing arguments made by Joseph Magri. |
| 11:26 AM | Closing arguments made by Michael Kenneth, AUSA. |
| 12:22 PM | Rebuttal closing arguments made by Jospeh Magri. |
| 12:37 PM | Lunch break. Jurors exit the courtroom. |
| 1:18 PM | Court back in session. |
| 1:22 PM | Jurors enter the courtroom.<br>Jury Instructions stated on the record. |
| 1:44 PM | Jury exit the courtroom to begin deliberations.<br>Court in recess. |
| 2:51 PM | Court back in session.<br>Jurors enter the courtroom.<br>Jury Verdict read into the record. |

2:55 PM	Court adjourned.