## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DENNIS MCLAIN,

    Plaintiff,

v.                          CASE NO. 8:17-cv-1283-WFJ-CPT

DENIS MCDONOUGH, SECRETARY
OF THE DEPARTMENT OF
VETERANS AFFAIRS,

    Defendant.

_____/

## <u>VERDICT FORM</u>

## <u>RETALIATION</u>

**Do you find from a preponderance of the evidence:**

1.    That Plaintiff engaged in protected EEO activity?

    Answer Yes or No       *Yes*

If your answer is "No," skip questions 2, 3, and 4 and go to question 5. If

your answer is "Yes," go to the next question.

2.    That Defendant made one or more of the personnel actions of which

the Plaintiff complains?

    Answer Yes or No       *Yes*

If your answer is "No," skip questions 3 and 4 and go to question 5. If your

answer is "Yes," go to the next question.

3.     That Plaintiff was treated differently, because of his protected EEO activity and protected activity played a part in the way one or more personnel actions were made?

Answer Yes or No          No

If your answer is "No," skip question 4 and go to question 5.  If your answer is "Yes," go to the next question.

4.     The Defendant would have made the same decision on each of the personnel actions of which the Plaintiff complains, even if the Plaintiff had not engaged in protected EEO activity.

Answer Yes or No          _____

## RETALIATORY HOSTILE WORK ENVIRONMENT

**Do you find from a preponderance of the evidence:**

5.     Did the Defendant harass Plaintiff because of his protected EEO activity?

Answer Yes or No          No

If your answer is "No," skip question 6.  If your answer is "Yes," go to the next question.

6.    Did the harassment create a hostile work environment?

Answer Yes or No          _____

**SO SAY WE ALL.**

_Jam P Nunan_
Foreperson's signature

**DATE:**    3-16-2022