UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DENNIS MCLAIN**

v.                                                                8:17-cv-1283-WFJ-CPT

**DAVID J. SHULKIN, SECRETARY
OF THE DEPARTMENT OF
VETERANS AFFAIRS**

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that Judgment is in favor of the Defendant.

March 17, 2022                                             ELIZABETH M. WARREN, CLERK


                                                                   **/s/C. Houston**_____
                                                                   (By) C. Houston, Deputy Clerk